# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Steve Jamall Smith<br><br>*Defendant(s)* | Case No. 1-25-mj-87 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24-25, 2025__ in the city/county of __Alexandria and Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

April Russo/Madison Albrecht
*Printed name and title*

*Complainant's signature*

Nicole Miller, Federal Bureau of Investigation
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ *(specify reliable electronic means)*.

Date: February 27, 2025

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.02.27 09:51:37 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*