IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVE JAMALL SMITH,<br><br>Defendant. | Case No. 1:25-MJ-87 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Nicole Miller, being duly sworn, depose and state as follows:

1. I am a Special Agent with I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2019. Prior to that, I was both a Special Agent with the Florida Department of Law Enforcement from 2016-2019 and a Police Officer with the Kissimmee Police Department from 2010-2016. During my years in law enforcement, I have investigated kidnappings, homicides, bank robberies, felon in possession violations, domestic terrorism investigations, and threat-to-life violations.

2. My duties, responsibilities and training as a Special Agent of the FBI include investigation violations of federal law in which the United States may be a party of interest, such as 18 U.S.C. 2113(a) bank robbery and incidental crimes.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging the defendant, Steve Jamall Smith (hereafter referred to as SMITH), with a violation of 18 U.S.C § 2113(a) Bank Robbery and Attempted Bank Robbery.

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

### John Marshall Bank - February 24, 2025

5. The John Marshall Bank, located at 640 Franklin Street, Alexandria, Virginia is a bank, credit union, or savings and loan association that has its deposits insured by the Federal Deposit Insurance Corporation.

6. On February 24, 2025, at approximately 1:28 p.m., the Alexandria Police Department was dispatched to the aforementioned John Marshall Bank for an attempted robbery that had taken place. Officers responded to the bank and were informed by the bank teller that a black male—later identified as STEVE JAMALL SMITH—entered the bank, approached a teller and handed her a deposit slip with various denominations of currency written on it, and then said something to the effect of, "I'm not fucking playing. This is not a fucking joke." The teller then decided to "play dumb" but articulated that she was in fear of SMITH. Bank employees described the SUBJECT as a black male, wearing a black hat, black suit, white shirt, red tie, gloves, and a surgical mask. Surveillance footage from the bank's cameras matches the witnesses' description of SMITH. The surveillance footage shows that SMITH walked in the front door of the bank at approximately 1:23 p.m. and walked to a counter that holds various bank slips. SMITH writes on one of these slips and then walks to the teller and reaches through the glass to give it to her. The teller walks to the corner of the desk and SMITH walks toward

her, while pointing and saying something. SMITH continues to point over the desk towards the teller and another employee appears. SMITH leaves the bank before obtaining any currency at approximately 1:28 p.m. Witnesses advised SMITH was seen departing in a black KIA Optima with VA license plate.

### Wells Fargo Bank - February 25, 2025

7. The Wells Fargo located at 951 S George Mason Drive, Arlington, Virginia is a bank, credit union, or savings and loan association that has its deposits insured by the Federal Deposit Insurance Corporation.

8. On February 25, 2025, at approximately 11:08 a.m., an individual later identified as SMITH, and wearing the same clothing as the day prior, entered Wells Fargo and demanded money from the teller. SMITH wrote on a deposit slip, "100, 50, 20, 10, now. This is something I have to do" and gave it to the teller. He then stated, "This is a robbery." The Branch Manager walked over to the teller and SMITH. SMITH stated, "I just told your teller you are getting robbed." The teller then gave SMITH approximately $711.00 in cash. Bank employees described the SUBJECT as a black male, wearing a black hat, black suit, white shirt, tie, gloves, and a surgical mask. Surveillance footage from the bank's cameras matches the witnesses' description of SMITH. SMITH fled the Wells Fargo.

9. The money taken from Wells Fargo contained a GPS tracker and SMITH was located utilizing this tracker. Arlington Police detained SMITH at Judith's Hair Salon, 945 S George Mason Drive, Arlington, Virginia approximately three to five minutes after the robbery. This business is 450 feet from the Wells Fargo. A search of SMITH was conducted and in his front left pocket was his phone and $711.00 in cash with the GPS tracker concealed between two of the bills. SMITH had surgical gloves in his front right pocket.

10. SMITH was transported to the Arlington County Police Department where he was advised of his Miranda Rights, waived them, and agreed to speak with detectives. Officers asked him about why he went to the bank, how he got to the location, and why he robbed the bank. SMITH advised he had taken the bus from Washington D.C. to Arlington, VA. SMITH stated people tell him what to do and where to go but when asked more about this, did not provide any further information. SMITH stated, "I need money, and they gave me money."

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause to believe that on or about February 24 and February 25, 2025, within the Eastern District of Virginia, STEVE JAMALL SMITH attempted to and did commit bank robbery in violation 18 U.S.C § 2113(a).

Respectfully submitted,

_____
Nicole Miller
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on February 27, 2025.

**Lindsey R Vaala**
Digitally signed by Lindsey R Vaala
Date: 2025.02.27 09:51:13 -05'00'

_____
The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia